UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-793 MWF (JEMx)**                                Dated: **November 16, 2021**

Title:      JOSEPH EVANS, et al. -v- COUNTY OF LOS ANGELES, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS:  (IN CHAMBERS) COURT ORDER

In light of the prior Supplemental Joint Reports Re Settlement (Docket Nos. 142 and 143), the Court's prior Order to Show Cause Re Dismissal (Docket No. 144), and the Court's Orders Approving Minor's Compromise (Docket Nos. 151 and 152), the Court sets a hearing on Order To Show Cause Re Dismissal for **DECEMBER 20, 2021 at 11:30 a.m.**  If a stipulated dismissal is filed before December 17, 2021, the matter will be taken off calendar and no appearances are needed.  If the parties have any other matters or status to convey to the Court, a joint report shall be filed no later than December 3, 2021.

IT IS SO ORDERED.

MINUTES FORM 90                                           Initials of Deputy Clerk   rs
CIVIL - GEN