JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JOSEPH EVANS, DECEASED, through his successor in interest, TONY JOSEPH EVANS, JR; et al.<br><br>　　　　Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, et al.,<br><br>　　　　Defendants. | Case No: 2:19-cv-00793-MWF(JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY**:

　　　　The Court, having reviewed the Stipulation of the parties filed December 13, 2021 (Dkt. 156) and for good cause appearing therein, issues the following orders:

1) This entire matter is DISMISSED with prejudice, including all claims among and against all other parties.
2) Each and every party, including both current and former parties, are to bear its/his/her/their own attorney's fees and costs in this matter.
3) The Court VACATES the telephonic status conference set for December 16, 2021 at 11:30 a.m. (Dkt. 155).

ORDER
1

4) This order does not alter or amend the obligations of counsel for Plaintiffs with respect to his duties and responsibilities pursuant to this Court's order granting approval of the compromise of minor plaintiff LCE's claims. Counsel for Plaintiff LCE will file the appropriate proof of annuity purchase and/or other appropriate documents once they are received from Metlife.

IT IS SO ORDERED.

Dated: December 14, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge